IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN GREGORY WILLIAMS, ) No. C 13-5213 LHK (PR)
)
    Plaintiff, ) ORDER DENYING MOTION
) FOR APPOINTMENT OF
  v. ) COUNSEL
)
LORI KOHLER, et al., )
)
    Defendants. )
_____) (Docket No. 5)

On November 8, 2013, plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 29, 2013, plaintiff filed a motion for appointment of counsel. (Docket No. 5.) Plaintiff's motion for appointment of counsel is **DENIED** for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). This denial is without prejudice to the court's *sua sponte* appointment of counsel at a future date should the circumstances of this case warrant such appointment.

This order terminates docket number 5.

IT IS SO ORDERED.

DATED: 12/11/13

                                               *Lucy H. Koh*
                                            LUCY H. KOH
                                            United States District Judge