IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GREGORY WILLIAMS, ) | No. C 13-5213 LHK (PR) |
| ) | |
| Plaintiff, ) | ORDER DENYING MOTION |
| ) | FOR APPOINTMENT OF |
| v. ) | COUNSEL |
| ) | |
| LORI KOHLER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | (Docket No. 5) |

On November 8, 2013, plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 29, 2013, plaintiff filed a motion for appointment of counsel. (Docket No. 5.) Plaintiff's motion for appointment of counsel is **DENIED** for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). This denial is without prejudice to the court's *sua sponte* appointment of counsel at a future date should the circumstances of this case warrant such appointment.

This order terminates docket number 5.

IT IS SO ORDERED.

DATED: 12/11/13

                                                          LUCY H. KOH
                                                          United States District Judge

Order Denying Motion for Appointment of Counsel
G:\PRO-SE\LHK\CR.13\Williams213deny-atty.wpd