IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN GREGORY WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**LORI KOHLER, et al.,**<br><br>Defendants. | Case No. C 13-5213 VC (PR)<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANT KOHLER'S MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION |

    Defendant Kohler moves this Court for an extension of the deadline to file a summary-judgment or other dispositive motion, up to and including December 9, 2014. After full consideration, and good cause appearing, IT IS ORDERED that the motion is granted. Plaintiff must serve and file an opposition or statement of non-opposition to Defendant Kohler's dispositive motion no later than twenty-eight days after the date on which Defendant Kohler's motion is filed. Defendant Kohler shall serve and file a reply brief no later than fourteen days after the date Plaintiff's opposition is filed. Absent further order, the motion will be deemed submitted as of the date the reply brief is due without a hearing.

Dated: October 2, 2014

_____
The Honorable Vince Chhabria

1