IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STEVEN GREGORY WILLIAMS,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**LORI KOHLER, et al.,**<br><br>　　　　　　　　　　　　Defendants. | C 13-5213 VC (PR)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT KOHLER'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Before the Court is Defendant Kohler's motion to change time to file a dispositive motion under Northern District Local Rules 6-3 and 7-11.  Upon review and consideration of the papers on file and good cause appearing, Defendant's motion is **GRANTED**.  Defendant shall file a dispositive motion on or before January 20, 2014.  Plaintiff shall file a response no later than twenty-eight days after the date on which Defendant's motion is filed.  Defendant's reply brief, if any, shall be filed no later than fourteen days after the date Plaintiff's opposition is filed.

　　IT IS SO ORDERED.

Dated: November 26, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

SF2014408454
41140585.doc

1