IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STEVEN GREGORY WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**LORI KOHLER, et al.,**<br><br>Defendants. | C 13-5213 VC (PR)<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION AS MODIFIED** |

Before the Court is Defendants' motion to change time to file a dispositive motion under Northern District Local Rules 6-3 and 7-11. Upon review and consideration of the papers on file and good cause appearing, Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion on or before February 10, 2015. Plaintiff shall file a response no later than twenty-eight days after the date on which Defendants' motion is filed. Defendants' reply brief, if any, shall be filed no later than fourteen days after the date Plaintiff's opposition is filed.

The defendants are notified that no further extensions will be given.

IT IS SO ORDERED.

Dated: January 23, 2015_____    _____

HON. VINCE CHHABRIA
United States District Judge

SF2014408454
41182890.doc

1

[Proposed] Order Granting Defs.' Mot. Change Time File Dispositive Mot. (C 13-5213 VC (PR))