```
Steven G. Williams J-61477
R. J. Donovan Correctional Facility
480 Alta Road (A5-112-Lower)
San Diego, CA 92179

Plaintiff In Pro Se
```



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STEVEN GREGORY WILLIAMS,
          Plaintiff,

vs.

LORI KOHLER, et al.,
          Defendants.
_____/

Case No.:  C 13-5213 VC (PR)

[Proposed] ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    Before the Court is Plaintiffs' motion to change time pursuant to Civil Local Rules 6-3 and 7-11, to respond to Defendants' motion for summary judgment. Upon review and consideration of the papers on file and good cause appearing, Plaintiffs' motion is **GRANTED**. Plaintiff shall file his response and/or other dispositive motion(s) on or before April 13, 2015. Defendants' reply brief, if any, shall be filed no later than fourteen days after the date Plaintiffs' response and/or dispositive motion(s) is filed.

    IT IS SO ORDERED.

Dated: March 4, 2015.

HONORABLE VINCE CHHABRIA,
United States District Judge

[Proposed] Order Granting Plaintiffs' Mot. Change Time Respond Defs. Mot. Summ. Judgmt.
(C 13-5213 VC (PR))