UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GREGORY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>LORI KOHLER, et al.,<br><br>    Defendants. | Case No. 13-cv-05213-VC<br><br>**ORDER APPOINTING COUNSEL**<br>Re: Dkt. No. 74 |

Because Steven Gregory Williams has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Lynn Pasahow, Alexandra Grayner and Jennifer Ebling of Fenwick & West is hereby appointed as counsel for Mr. Williams in this matter.

The scope of this appointment shall be for:

☒ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
_____

    ☐ discovery as follows:
_____
_____

☐ other:
_____
_____

All proceedings in this action are hereby stayed until four weeks from the date of this order. A case management conference is scheduled for November 3, 2015 at 10:00 a.m. A joint case management statement is due no later than October 27, 2015.

Counsels' contact information is: Lynn Pasahow, Alexandra Grayner and Jennifer Ebling 801 California St., Mountain View, CA 94041. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: October 5, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GREGORY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>LORI KOHLER, et al.,<br><br>    Defendants. | Case No. 13-cv-05213-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Gregory Williams ID: J-61477
RJ Donovan Correctional Facility A5-112-Lower
480 Alta Road
San Diego, CA 92179

Dated: October 5, 2015

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By:_____
                                                Kristen Melen, Deputy Clerk to the
                                                Honorable VINCE CHHABRIA

3